UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Christopher R. Deubert, hereby enters his appearance on behalf of Defendant DTIQ Technologies, Inc., in the above-captioned action.

Dated: August 21, 2025

Respectfully submitted,

/s/ Christopher R. Deubert
Christopher R. Deubert, BBO #569124
*cdeubert@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
800 Boylston St., Suite 1005
Boston, MA 02199
Tel: 617-849-7880

## CERTIFICATE OF SERVICE

I, Christopher R. Deubert, hereby certify that on August 21, 2025, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and served upon counsel of record through the same.

/s/ Christopher R. Deubert
Christopher R. Deubert