UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ELIZABETH MORTON and KEVIN
O'BRIEN, on behalf of themselves and all
others similarly situated,

     *Plaintiff,*

v.

DTIQ TECHNOLOGIES, INC.,

     *Defendants.*

Civil Action No.: 1:25-cv-12271-ADB

**DEFENDANT DTIQ TECHNOLOGIES, INC.'S ASSENTED TO MOTION TO
EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7.1, Defendant DTiQ Technologies, Inc. respectfully moves, with

the assent of Plaintiff, for an extension of time to answer, file a motion, or otherwise respond, to

Plaintiffs' Complaint (DE 1) by not more than thirty (30) days through October 3, 2025.

Dated:  August 21, 2025

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

*/s/ Christopher R. Deubert*_____
Christopher R. Deubert
800 Boylston St., Suite 1005
Boston, MA 02199
Ph: 617.849.7880
cdeubert@constangy.com

*Counsel for Defendant
DTiQ Technologies, Inc.*

1

13339006v1

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Defendant's counsel conferred with Plaintiffs' counsel on the subject of this motion who informed me that Plaintiffs assent to this motion.

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 21, 2025                     */s/ Christopher R. Deubert*_____
                                               Christopher R. Deubert

13339006v1