UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>      *Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Christopher R. Deubert, an active member in good standing of the Bar of this Court, respectfully moves for the admission *pro hac vice* of Joseph A. McNelis III, a member in good standing of the Bars of the State of Pennsylvania and the State of New Jersey, but not admitted to practice in this Court, as counsel for Defendant DTiQ Technologies, Inc., in the above-captioned action.

In support of this Motion, Defendant relies on the Certification of Mr. McNelis, filed herewith.

I am aware that the Local Rules of this Court require that throughout the pendency of this case, the attendance of the member of the Bar of this Court is required at all proceedings, unless excused by the Court. If admitted *pro hac* vice, at all times throughout, Mr. McNelis will be associated with me, an active member in good standing with the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that this Court allow the admission *pro hac vice* of Mr. Joseph A. McNelis III as counsel for Defendant DTiQ Technologies, Inc., for the purposes of this action. Plaintiffs assent to the relief requested herein.

Dated: October 2, 2025

Respectfully submitted,

*/s/ Christopher R. Deubert*
Christopher R. Deubert (BBO# 569124)
 *cdeubert@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
800 Boylston St., Suite 1005
Boston, MA 02199
Telephone: 617.849.7880

*Counsel for Defendant DTiQ Technologies, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher R. Deubert, hereby certify that on October 2, 2025, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and served upon counsel of record through the same.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.

## CERTIFICATE OF COMPLIANCE WITH L. CIV. R. 7.1(a)(2)

I hereby certify that counsel for Defendant and counsel for Plaintiffs conferred concerning this Motion and that Plaintiffs assent to the relief requested herein.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.