**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>      *Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

**CERTIFICATION OF JOSEPH A. MCNELIS III**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746 and L.R., D. Mass. 83.5.3(e)(3), I, Joseph A. McNelis III, hereby certify as follows:

1.    I am a Partner with the law firm of Constangy, Brooks, Smith & Prophete LLP. My business address is 1650 Market Street, Suite 3600, Philadelphia, PA 19103. My residential address is 815 Downs Road, Glenside, PA 19308. My telephone number is (267)-996-8231. My e-mail address is jmcnelis@constangy.com

2.    I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice. More specifically, I am a member in good standing of the Bar of the State of Pennsylvania (PA 315906), the Bar of the State of New Jersey (079382014), the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, Northern District of Illinois, Southern District of Indiana, and Eastern District of Wisconsin, as well as the United States Court of Appeals for the Third Circuit. I am not

the subject of any disciplinary proceedings pending in any jurisdiction in which I am admitted to practice.

3. I have not previously had a *pro hac vice* admission to this Court.

4. I have not previously had a *pro hac vice* admission to any Court denied or revoked for misconduct.

5. I have read, am familiar with, and agree to comply with the Local Rules of this Court.

6. If this Court grants my admission *pro hac vice*, I will be associated with a member in good standing of the Bar of this Court, Christopher R. Deubert, throughout the pendency of this case.

I, Joseph A. McNelis III, declare under the penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2025                                    Respectfully submitted,

                                                          */s/ Joseph A. McNelis III*
                                                          Joseph A. McNelis III