UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant DTiQ Technologies, Inc. hereby states as follows: (1) DTiQ Acquisition Corporation and DTiQ Holdings, Inc. are parent corporations of Defendant; and (2) no publicly held corporation owns 10% or more of Defendant's stock.

Dated: October 2, 2025                     CONSTANGY, BROOKS,
                                           SMITH & PROPHETE LLP

                                           */s/ Christopher R. Deubert*_____
                                           Christopher R. Deubert
                                           800 Boylston St., Suite 1005
                                           Boston, MA 02199
                                           Ph: 617.849.7880
                                           cdeubert@constangy.com

                                           *Counsel for Defendant*
                                           *DTiQ Technologies, Inc.*

13529041v1

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 2, 2025                     */s/ Christopher R. Deubert*_____
                                                         Christopher R. Deubert