UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>  *Defendants.* | Civil Action No.: 1:25-cv-12271-ADB<br><br><br><br><u>**REQUEST FOR ORAL ARGUMENT**</u> |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for the reasons stated in Defendant's Memorandum of Law, which is incorporated herein by reference, Defendant DTiQ Technologies, Inc. moves for an order dismissing Plaintiffs' Complaint in its entirety, with prejudice.

## **REQUEST FOR ORAL ARGUMENT**

Defendant submits that oral argument would likely assist the Court and therefore respectfully requests to be heard on the Motion.

                Respectfully Submitted,

Dated: October 3, 2025        CONSTANGY, BROOKS,
                SMITH & PROPHETE LLP

                */s/ Christopher R. Deubert*_____
                Christopher R. Deubert
                800 Boylston St., Suite 1005
                Boston, MA 02199
                Ph: 617.849.7880
                cdeubert@constangy.com

                Joseph McNelis (*Pro Hac Vice*)
                1650 Market St., 36th Floor
                Philadelphia, PA 19103
                Ph: 267.996.8231
                jmcnelis@constangy.com

*Counsel for Defendant*
*DTiQ Technologies, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher R. Deubert, hereby certify that on October 3, 2025, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and served upon counsel of record through the same.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.

## CERTIFICATE OF COMPLIANCE WITH L. CIV. R. 7.1(a)(2)

I hereby certify that on September 30, 2025, counsel for Defendant and counsel for Plaintiffs had a telephone call in a good faith effort to resolve or narrow the issues presented in this Motion. Unfortunately, that conversation did not resolve the issues.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.