## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>      *Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Joseph A. McNelis III, hereby enters his appearance on behalf of Defendant DTiQ Technologies, Inc., in the above captioned-action.

Dated: October 17, 2025                Respectfully submitted,

                                              */s/ Joseph A. McNelis III*
                                              Joseph A. McNelis III, *pro hac vice*
                                              jmcnelis@constangy.com
                                              CONSTANGY, BROOKS, SMITH & PROPHETE LLP
                                              1650 Market Street, Suite 3600
                                              Philadelphia, PA 19103
                                              Telephone:  267.996.8231

                                              *Counsel for Defendant DTiQ Technologies, Inc.*

2

**CERTIFICATE OF SERVICE**

    I, Joseph A McNelis III, hereby certify that on October 17, 2025, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and served upon counsel of record through the same.

                                        */s/ Joseph A. McNelis III*
                                        Joseph A McNelis III