IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:25-cv-12271-ADB |

**MOTION FOR ADMISSION *PRO HAC VICE***

　　Pursuant to Massachusetts Local Rule 83.5.3(b), Anthony I. Paronich, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Raina C. Borrelli, member of the bars of the state of Minnesota, to this Court. Ms. Borrelli seeks to appear and practice in this Court as co-counsel for Plaintiffs Elizabeth Morton and Kevin O'Brien.

　　In support of this motion, I have attached a sworn certification by Ms. Borrelli that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

　　WHEREFORE, it is respectfully requested that Raina C. Borrelli be admitted to practice before this Court *pro hac vice* for the purpose of representing Plaintiffs in this Court in this matter.

| | |
|---|---|
| Dated: October 23, 2025 | By: */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>anthony@paronichlaw.com |

*Attorneys for Plaintiffs and the Proposed Class*


## LOCAL RULE 7.1 CERTIFICATE

I hereby certify pursuant to Local Rule 7.1(a)(2) that Plaintiffs' counsel conferred with counsel for Defendant by email before filing the foregoing motion. Defendant does not oppose this motion.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

## CERTIFICATE OF SERVICE

I, Anthony I. Paronich, hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 23rd day of October, 2025.

> By: /s/
> Anthony I. Paronich
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Telephone: (508) 221-1510
> anthony@paronichlaw.com