IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON and KEVIN O'BRIEN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>     Defendant. | Case No. 1:25-cv-12271-ADB |

**CERTIFICATION OF RAINA C. BORRELLI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Raina C. Borrelli, on oath, depose and state that:

1. I am an attorney with offices located at 980 N. Michigan Avenue, Suite 1610, Chicago, IL 60611.

2. I am an active member of the bars in the state of Minnesota. I am admitted to practice and in good standing in the following states and federal jurisdictions:

- State of Minnesota (10/28/2011);
- U.S. District Court, District of Minnesota (11/8/2011);
- U.S. District Court, Eastern District of Wisconsin (5/9/2019);
- U.S. District Court, District of Colorado (2/20/2020);
- U.S. District Court, Northern District of Illinois (12/21/2021);
- U.S. District Court, Eastern District of Michigan (12/21/2021);
- U.S. Court of Appeals, 10th Circuit (3/4/2021);
- U.S. Court of Appeals, 1st Circuit (11/30/2022);

- U.S.D.C., Central District of Illinois (2/14/2023);
- U.S. Court of Appeals, 7th Circuit (5/26/2023);
- U.S. Court of Appeals, 9th Circuit (9/12/2023);
- U.S. Court of Appeals, 2nd Circuit (12/11/2024);
- U.S. Court of Appeals, 6th Circuit (9/11/2025).

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the facts and legal issues presented in this case.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. This certification is executed in connection with Plaintiffs' Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiffs Elizabeth Morton and Kevin O'Brien, in connection with this matter.

I certify that the above information is true and correct.

Dated: October 23, 2025     By: */s/ Raina C. Borrelli*
　　　　　　　　　　　　　　　Raina C. Borrelli
　　　　　　　　　　　　　　　STRAUSS BORRELLI PLLC
　　　　　　　　　　　　　　　One Magnificent Mile
　　　　　　　　　　　　　　　980 N Michigan Avenue, Suite 1610
　　　　　　　　　　　　　　　Chicago IL, 60611
　　　　　　　　　　　　　　　Telephone: (872) 263-1100
　　　　　　　　　　　　　　　Facsimile: (872) 263-1109
　　　　　　　　　　　　　　　raina@straussborrelli.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Anthony I. Paronich, hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 23rd day of October, 2025.

By: */s/ Anthony Paronich*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com
