UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON, KEVIN O'BRIEN, and CHRISTOPHER CRAWLEY on behalf of themselves and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>*Defendant.* | Civil Action No.: 1:25-cv-12271-ADB |

**DEFENDANT DTIQ TECHNOLOGIES, INC.'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT**

      Pursuant to Local Rule 7.1, Defendant DTiQ Technologies, Inc. respectfully moves, with the assent of Plaintiffs, for an extension of time to answer, file a motion, or otherwise respond, to Plaintiffs' Amended Class Action Complaint (DE 17) until November 20, 2025.

Dated: November 12, 2025

                                            CONSTANGY, BROOKS,
                                            SMITH & PROPHETE LLP

                                            */s/ Christopher R. Deubert*
                                            Christopher R. Deubert
                                            800 Boylston St., Suite 1005
                                            Boston, MA 02199
                                            Ph: 617.849.7880
                                            cdeubert@constangy.com

                                            *Counsel for Defendant*
                                            *DTiQ Technologies, Inc.*

1

13339006v1

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant's counsel conferred with Plaintiffs' counsel on the subject of this motion who informed me that Plaintiffs assent to this motion.

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 12, 2025                    */s/ Christopher R. Deubert*
                                             Christopher R. Deubert

13339006v1