UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON *et al.*, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-12271-ADB<br><br><br><br>**REQUEST FOR ORAL ARGUMENT** |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for the reasons stated in Defendant's Memorandum of Law, which is incorporated herein by reference, Defendant DTiQ Technologies, Inc. moves for an order dismissing Plaintiffs' Amended Complaint in its entirety, with prejudice.

### REQUEST FOR ORAL ARGUMENT

Defendant submits that oral argument would likely assist the Court and therefore respectfully requests to be heard on the Motion.

Respectfully Submitted,

Dated: November 20, 2025

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

*/s/ Christopher R. Deubert*
Christopher R. Deubert
800 Boylston St., Suite 1005
Boston, MA 02199
Ph: 617.849.7880
cdeubert@constangy.com

Joseph McNelis (*Pro Hac Vice*)
1650 Market St., 36th Floor
Philadelphia, PA 19103
Ph: 267.996.8231
jmcnelis@constangy.com

1

*Counsel for Defendant*
*DTiQ Technologies, Inc.*

## CERTIFICATE OF SERVICE

I, Christopher R. Deubert, hereby certify that November 20, 2025, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and served upon counsel of record through the same.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.

## CERTIFICATE OF COMPLIANCE WITH L. CIV. R. 7.1(a)(2)

I hereby certify that on September 30, 2025, counsel for Defendant and counsel for Plaintiffs had a telephone call in a good faith effort to resolve or narrow the issues presented in this Motion. Unfortunately, that conversation did not resolve the issues.

*/s/ Christopher R. Deubert*
Christopher R. Deubert, Esq.

13772352v1