UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH MORTON, KEVIN O'BRIEN, and CHRISTOPHER CRAWLEY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DTIQ TECHNOLOGIES, INC.,<br><br>*Defendants.* | Civil Action No.: 1:25-cv-12271-ADB |

**PLAINTIFFS' ASSENTED TO MOTION TO
EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1, Plaintiffs respectfully move, with the assent of Defendant, for an extension of time to respond to Defendant's Motion to Dismiss (ECF No. 23) from December 4, 2025, to December 19, 2025.

Dated: November 24, 2025      By:  */s/ Raina C. Borrelli*
                                     Raina C. Borrelli
                                     STRAUSS BORRELLI PLLC
                                     One Magnificent Mile
                                     980 N Michigan Avenue, Suite 1610
                                     Chicago IL, 60611
                                     Telephone: (872) 263-1100
                                     Facsimile: (872) 263-1109
                                     raina@straussborrelli.com

                                     *Attorneys for Plaintiffs and the Proposed Class*

1

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Plaintiffs' counsel conferred with Defendant's counsel on the subject of this motion who informed me that Defendant assents to this motion.

Dated: November 24, 2025                    By:  */s/ Raina C. Borrelli*
                                                 Raina C. Borrelli
                                                 STRAUSS BORRELLI PLLC
                                                 One Magnificent Mile
                                                 980 N Michigan Avenue, Suite 1610
                                                 Chicago IL, 60611
                                                 Telephone: (872) 263-1100
                                                 Facsimile: (872) 263-1109
                                                 raina@straussborrelli.com

                                                 *Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 24th day of November, 2025.

        STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    raina@straussborrelli.com
    STRAUSS BORRELLI PLLC
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109