**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ELIZABETH MORTON, KEVIN O'BRIEN, and CHRISTOPHER CRAWLEY**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DTIQ TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:25-cv-12271-ADB<br>Honorable Allison D. Burroughs |

## PLAINTIFFS' MOTION FOR CASE MANAGEMENT CONFERENCE

Pursuant to Federal Rule of Civil Procedure 16(a)(1) and L.R. 16.1(a), Plaintiffs, Kevin O'Brien, Elizabeth Morton and Christopher Crawley ("Plaintiffs"), by and through their attorneys, respectfully request that the Court convene a case management conference at the Court's earliest convenience. At the conference, the Plaintiffs would like to address, among other things, a schedule for commencing discovery including filing initial disclosures pursuant to Federal Rule of Civil Procedure 26. In support of their motion, the Plaintiffs respectfully state as follows:

1. On October 23, 2025, Plaintiffs filed an amended class action complaint. ECF No. 17.

2. Plaintiffs' complaint alleges, *inter alia*, that Defendant failed to implement and maintain reasonable data security procedures and practices appropriate to maintain the security of Plaintiffs' and the proposed Class's personally identifiable information ("PII"), resulting in a Data Breach. Plaintiffs allege that that the Data Breach resulted in harm to Plaintiffs and the proposed Class, which is ongoing.

1

3.      To remedy the continuing harm, the Plaintiffs seek, among other things, an injunction against Defendant's unlawful, ongoing conduct.

4.      Defendant's motion to dismiss, filed on October 18, 2023, is fully briefed by the parties. ECF Nos. 24, 27.

5.      Pursuant to L.R. 7.1, Plaintiffs have sought concurrence from Defendant, who does not consent to the relief requested.

6.      Plaintiffs submit that a case management conference will permit the Court and the parties to advance this litigation and promote judicial economy.

**CONCLUSION**

Wherefore, Plaintiffs respectfully request that the Court enter an order setting a case management conference at the Court's convenience.

Dated: April 3, 2026                    Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*Admitted Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

I certify that Plaintiffs' counsel conferred with Defendant's counsel on the subject of this motion who informed me that Defendant opposes this motion.

Dated: April 3, 2026

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*Admitted Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

3

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on April 3, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record, via the ECF system.

DATED this 3rd day of April, 2026.

STRAUSS BORRELLI PLLC

By:  */s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

4