**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ELIZABETH MORTON, KEVIN O'BRIEN, and CHRISTOPHER CRAWLEY**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DTIQ TECHNOLOGIES, INC.**,<br><br>Defendant. | Case No. 1:25-cv-12271-ADB<br>Honorable Allison D. Burroughs |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
**CASE MANAGEMENT CONFERENCE**

Before the Court is Plaintiffs,' Kevin O'Brien, Elizabeth Morton and Christopher Crawley ("Plaintiffs"), Motion for Case Management Conference ("Motion"). Having reviewed the Motion, for good cause shown, and pursuant to Federal Rule of Civil Procedure 16(a)(1) and L.R. 16.1(a), the Motion is hereby GRANTED.

The initial telephonic status conference in this matter is set for _____[DATE]. The parties are directed to submit an Initial Status Report by _____[DATE].

**SO ORDERED.**

Dated: _____          _____

Honorable Allison D. Burroughs