UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ELIZABETH MORTON, KEVIN O'BRIEN, and CHRISTOPHER CRAWLEY**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**DTIQ TECHNOLOGIES, INC.**,

Defendant.

Case No. 1:25-cv-12271-ADB

Honorable Allison D. Burroughs

**JOINT AMENDED PROPOSED CASE SCHEDULE**

Pursuant to the Court's October 13, 2026, Order (Doc. 37), the Parties jointly submit the following amended proposed case schedule

| **Event** | **Date** |
|---|---|
| Rule 26(a) Initial Disclosures | Within 14 days after the Rule 26(f) conference; i.e., October 16, 2026 |
| Deadline to join additional parties and amend pleadings | December 18, 2026 |
| Plaintiffs' motion for class certification and disclosure of class certification expert reports | April 16, 2027 |
| Depositions of Plaintiffs' class certification experts completed | May 7, 2027 |
| Defendant's opposition to motion for class certification, class certification expert reports, and *Daubert* motions regarding Plaintiffs' class certification experts | May 21, 2027 |
| Depositions of Defendant's class certification experts completed | June 11, 2027 |

| | |
|---|---|
| Plaintiffs' reply in support of motion for class certification, oppositions to Defendant's *Daubert* motions, and *Daubert* motions regarding Defendant's class certification experts | June 18, 2027 |
| Defendant's oppositions to Plaintiffs' *Daubert* motions and replies in support of Defendant's *Daubert* motions | July 16, 2027 |
| Fact discovery deadline | September 17, 2027 |
| Plaintiffs' merits expert reports | October 1, 2027 |
| Defendant's merits expert reports | November 1, 2027 |
| Plaintiffs' rebuttal merits expert reports | December 1, 2027 |
| Close of merits expert discovery | December 17, 2027 |
| Dispositive motions, including *Daubert* motions related to merits experts | January 21, 2028 |
| Trial Ready Date | May 2, 2028 |

Dated: October 15, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 15, 2026

*/s/ Christopher R. Deubert*
Christopher R. Deubert
CONSTANGY, BROOKS,
SMITH & PROPHETE LLP
800 Boylston St., Suite 1005
Boston, MA 02199
Telephone: (617) 849-7880
cdeubert@constangy.com

Rob Yang (*Pro Hac Vice* anticipated)
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000
ryang@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of October, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109